In the Matter of the Claim of EDNA M. BARBER, Respond-
ent, against HARVEY & EDDY Co., et al., Appellants.
STATE INDUSTRIAL BOARD, Respondent.

(Argued October 24, 1934; decided November 20, 1934.)

*John J. Connors, Jr.,* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order of the Appellate Division reversed and determination of the State Industrial Board affirmed. *Held,* there is sufficient evidence to support the finding of the State Industrial Board. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.